Case 4:25-cv-03943   Document 7   Filed 01/22/26 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
January 22, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Steve Calderone,<br> *Plaintiff*, | §<br>§<br>§ | |
| v. | §<br>§ | Civil Action H-25-3943 |
| Nationwide Fund Recovery,<br> *Defendant*. | §<br>§<br>§<br>§ | |

## MEMORANDUM AND RECOMMENDATION

The court recommends that this case be **DISMISSED** without prejudice for failure to serve the Defendant.

Plaintiff Steve Calderone filed his complaint on August 20, 2025. ECF No. 1. On November 19, 2025, the court held a hearing and ordered that Plaintiff shall serve the Defendant by December 5, 2025. ECF No. 6. The court stated in its order that failure to comply "will result in a recommendation that this case be dismissed without prejudice for failure to serve the defendant." *Id.*

Plaintiff did not comply. There is no filing or other information on the docket indicating that Plaintiff attempted to serve Defendant. There is no filing or other information on the docket showing good cause for the failure.

Under the federal rules,

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m). The court ordered that service be made by December 5, 2025. ECF No. 6. Plaintiff has not complied. Thus, pursuant to Rule 4(m), the court recommends that the case be **DISMISSED** without prejudice for failure to serve the defendant. The conference set for January 22, 2026, is **CANCELED**.

The parties have fourteen days from service of this Memorandum and Recommendation to file written objections. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72. Failure to timely file objections will preclude appellate review of factual findings or legal conclusions, except for plain error. *See Thomas v. Arn*, 474 U.S. 140, 147–49 (1985); *Rodriguez v. Bowen*, 857 F.2d 275, 276–77 (5th Cir. 1988).

Signed at Houston, Texas on January 21, 2026.

_____
Peter Bray
United States Magistrate Judge