United States District Court
Southern District of Texas
**ENTERED**
February 17, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| Steve Calderone, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. H-25-3943 |
| | § | |
| Nationwide Fund Recovery, | § | |
| *Defendant.* | § | |

## ORDER OF ADOPTION

On January 22, 2026, Magistrate Judge Peter Bray recommended that this case be dismissed without prejudice for failure to serve the Defendant. (D.E. 7.) No objections were filed.

After due consideration of the entire record and the applicable law, the court hereby ADOPTS the Memorandum and Recommendation as this court's opinion. The court will issue a separate final judgment.

Signed at Houston, Texas, on February **17**, 2026.

DAVID HITTNER
SENIOR UNITED STATES DISTRICT JUDGE