United States District Court
Southern District of Texas
**ENTERED**
February 17, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Steve Calderone, § | |
| *Plaintiff*, § | |
| § | |
| v. § | Civil Action No. H-25-3943 |
| § | |
| Nationwide Fund Recovery, § | |
| *Defendant*. § | |

### FINAL JUDGMENT

It is ORDERED that Plaintiff's case be dismissed without prejudice.

This is a final judgment.

Signed at Houston, Texas, on February __17__, 2026.

_____
DAVID HITTNER
SENIOR UNITED STATES DISTRICT JUDGE